Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Ohio

### Eastern Division

JUL 17 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

|  |  |
|---|---|
| Mosaic Properties LLC (Zachary Weaver - Owner & Statutory Agent) | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| City of Painesville, Ohio (James Lyons - Law Director & Douglas Lewis - City Manager) | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

Case No. **1 : 24 CV 1212**
*(to be filled in by the Clerk's Office)*

## JUDGE FLEMING

## MAG. JUDGE GREENBERG

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mosaic Properties LLC (Zachary Weaver - Statuatory Agent) |
| Street Address | 9214 Lorrich Drive |
| City and County | Mentor, Lake County |
| State and Zip Code | Ohio, 44060 |
| Telephone Number | 440.525.6450 |
| E-mail Address | Zach@mosaic-homes.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | City of Painesville, Ohio (James Lyons) |
| Job or Title *(if known)* | Law Director |
| Street Address | 7 Richmond Street |
| City and County | Painesville, Lake County |
| State and Zip Code | Ohio, 44077 |
| Telephone Number | 440.357.5000 |
| E-mail Address *(if known)* | jasmlyons@outlook.com |

Defendant No. 2

| | |
|---|---|
| Name | City of Painesville, Ohio (Douglas Lewis) |
| Job or Title *(if known)* | City Manager |
| Street Address | 7 Richmond Street |
| City and County | Painesville, Lake County |
| State and Zip Code | Ohio, 44077 |
| Telephone Number | 440.392.5800 |
| E-mail Address *(if known)* | dlewis@painesville.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

&boxtimes; Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Article 5 of the United States Constitution
Article 14 of the United States Constitution
Title VII of the Civil Rights Act

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

The events occurred in Painesville, Ohio

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The events first occurred on 29 July 2021 and after numerous attempts to discuss the matter, the City of Painesville has decided to press forward with their demands, and is bringing charges against Mosaic Properties LLC and its Statutory Agent Zachary Weaver

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

This City of Painesville is demanding that I replace deteriorated City owned infrastructure that's on City owned property at my expense, without compensation, for their economic gain, under the threat of incarceration. These facts are not under dispute. Section 1349.231 of the Codified Ordinances of the City of Painesville, and Chapter 909 of the Codified Ordinances of the City of Painesville states that the City can force residents to repair City property, if residents refuse they can be criminally charged. Painesville's City Ordinance(s) 1349.231 & 909.01 is in direct violtion of the fifth amendments "takings clause". Armstrong v United States (1960) clearly states "The Fifth Amendment's [Takings Clause] . . . was designed to bar Government from forcing some people alone to bear public burdens which, in all fairness and justice, should be borne by the public as a whole." Forcing individual landowners to repair public infrastructure that is intended to be used by all is clearly not congruant with the Supreme Courts ruling in Armstrong. When this infrastructure was originally installed it was installed with general funds as it was intended to be used by all residents of Painesville.

The City's position is further undermined when viewing the issue of who they have decided to force their infrastructure repair burden on. The City's decision to force these costs primarily onto low income minorities is a violation of the 14th Amendment and Title VII of the Civil Rights Act. This is a clear case of disparate impact discrimination. Painesville City went out of their way to seek grants to prevent low income owner occupants from incurring costs on this project, therfore forcing all public burdens onto the City's less favored non owner occupant community. The City has publicly stated that their goal is to increase owner occupancy. Roughly 75% of owner occupants are white, by protecting low income white owner occupants from these burdens, and forcing the burdens onto low income minorities the City is discriminating against minority occupants inhabiting these non owner occupied properties. Minorities are several times more likely to rent than their white counterparts. The City's actions increase operating costs for landlords, thereby forcing rents to increase and forcing out the lower income minorities that call Painesville home.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

There is nothing more sacred than that of a persons freedom, loosing ones freedom and being incarcerated for standing up for ones rights and the rights of their customers (who are of a protected class) should not come with the threat of jail time. Criminalizing the failure to repair someone elses property is insane, the City of Painesville has many other routes available to them to have their infrastructure repaired. They could simply repair their own infrastructure and attach the bill to the property as Code provides, yet they have choosen to go the most draconian route as possible.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting injunctive relief preventing the City of Painesville from continuing their criminal prosecution of Mosaic Properties LLC & Statuatory Agent Zachary Weaver with regards to Painesville City Ordinance Section 1349.01 & Chapter 909 while this Federal question is being resolved.

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      17 July 2024

Signature of Plaintiff

Printed Name of Plaintiff      Zachary Weaver (Managing Director Mosaic Properties LLC)

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address